CIVIL MINUTES CLOSING

Case No <u>SACV 19-01455JVS</u>     Date: <u>September 6, 2019</u>

Title: <u>U.S.A. v Patrick U Taufaasau</u>

Present   <u>JAMES V. SELNA, United States District Court Judge</u>

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

---

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Not Present | Not Present |

---

Proceedings:    ☐ In Court    X In Chambers    ☐ Counsel Notified

☐    Case previously closed in error. Make JS-5.

X    Case should have been closed on entry #4 dated <u>July 31, 2019.</u> Make JS-6.

☐    Case settled but may be reopened if settlement is not finalized within    days. Make JS-6.

☐    Other                 .

☐    Entered               .